IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEXTER TRUJILLO,

      Plaintiff,

v.                                                                         CV 13-1083 WPL

CAROLYN W. COLVIN, *Acting Commissioner of the Social Security Administration*,

      Defendant.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the order entered on this date, this matter is remanded to the Commissioner of Social Security for further proceedings.

                                                                                                                  _____
                                                                                                                  William P. Lynch
                                                                                                                  United States Magistrate Judge